IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**GLORIA JONES**                                                                        **PLAINTIFF**

**VS.**                                 **CAUSE NO. 3:06cv608DPJ-JCS**

**GENERAL MOTORS CORPORATION,
WILLIAM (BILL) DANIEL D/B/A YAZOO MOTOR
COMPANY, INC., BOBBY GRAY MANAGEMENT CO., INC.
(Individually and as Successor-in-interest
to Yazoo Motor Co.), AND JOHN DOES 1-15**         **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

Gloria Jones (Plaintiff) and General Motors Corporation (Defendant) have advised the Court that all claims in this case have been settled. Both parties jointly move that this lawsuit be dismissed, with prejudice, each party to bear its own costs.

WHEREFORE, it is hereby ordered that this lawsuit is dismissed, with prejudice, each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 6th day of August, 2007.

                                            s/ *Daniel P. Jordan III*
                                            UNITED STATES DISTRICT JUDGE

AGREED TO:

*/s/ Bryant W. Clark*
BRYANT W. CLARK, ESQ.
*Counsel for Plaintiff, Gloria Jones*

*/s/ Paul V. Cassisa, Jr.*
PAUL V. CASSISA, JR., ESQ.
*Counsel for Defendant, General Motors Corporation*